JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MAXIMILLIAN A. BOWMAN, | ) Case No. 2:24-CV-00769-RGK-KS |
|---|---|
| Plaintiff, | ) |
| v. | ) [~~PROPOSED~~] JUDGMENT FOLLOWING ORDER ON DEFENDANT TESLA, INC.'S MOTION FOR SUMMARY JUDGMENT |
| TESLA MOTORS, INC., DOES 1 through 100, Inclusive, | ) |
| Defendants. | ) |
| | ) Courtroom: 850, 8th Floor<br>Judge: Hon. Gary Klausner<br>Date: December 9, 2024<br>Time: 9:00 a.m. |
| | ) Trial Date: January 21, 2025 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

The Motion of Defendant Tesla, Inc, erroneously named as Tesla Motors, Inc., for summary judgment in the above-captioned case was taken under submission on the papers and ruled upon by the Honorable R. Gary Klausner of the above-entitled Court. The Court, having read and considered all of the written arguments and evidence submitted by the parties, including all inferences reasonably deducible from the evidence, except those which may have been contradicted by other inferences or evidence, finds that there is no triable issue as to any material fact on any of Plaintiff Maximilian A. Bowman's causes of action against Defendant Tesla Motors, Inc., and that Defendant Tesla Motors, Inc. is entitled to a judgment as a matter of law against Plaintiff.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant Tesla Motors, Inc.'s motion for summary judgment is hereby granted, and judgment shall be entered in favor of Defendant Tesla Motors, Inc. and against Plaintiff Maximilian A. Bowman on the entire Complaint.

Dated: 1/6/2025

Hon. Gary Klausner

Proposed Judgment Submitted by:

Soheyl Tahsildoost (Bar No. 271294)
Adam Knighton (Bar No. 335072)
THETA LAW FIRM, LLP
12100 Wilshire Blvd., Suite 1070
Los Angeles, CA 90025
Telephone: (424) 297-3103
Facsimile: (424) 286-2244
eservice@thetafirm.com

Attorneys for Defendant Tesla, Inc.